UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| WELLESLEY K. CLAYTON | § § § | |
| Plaintiff | § § | |
| v. | § | CIVIL CASE NO. 3:19-cv-00529-GCM |
| EQUIFAX CREDIT INFORMATION SERVICES, LLC | § § § § | |
| Defendant. | § | |

**ORDER**

This Court has considered Defendant Equifax Credit Information Services, LLC's Motion for More Definite Statement Under Federal Rule of Civil Procedure 12(e). The Motion is GRANTED. Plaintiff is ORDERED to file an amended complaint that complies with the requirements of Federal Rule of Civil Procedure 8(a) no later than November 18, 2019.

Signed: November 4, 2019

Graham C. Mullen
United States District Judge