UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00529-RJC-DCK

| | |
|---|---|
| WELLESLEY K. CLAYTON,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>EQUIFAX CREDIT INFORMATION  )<br>SERVICES, LLC,  )<br>  )<br>  Defendant.  )<br>  ) | **ORDER** |

**THIS MATTER** comes before the Court on Plaintiff's motion to remand. (Doc. No. 5.)

## I. BACKGROUND

On August 26, 2019, Plaintiff filed a pro se complaint in the Superior Court of Mecklenburg County, North Carolina. (Doc. No. 1-1.) On October 11, 2019, Defendant removed the action to the United States District Court for the Western District of North Carolina based on federal question jurisdiction under 28 U.S.C. § 1331. (Doc. No. 1, ¶ 3.) On November 6, 2019, Plaintiff filed a motion to remand. (Doc. No. 5.)

## II. DISCUSSION

In his complaint, Plaintiff asserts claims under the Fair Credit Reporting Act ("FCRA"). (Doc. No. 1-1.) The FCRA provides that any action thereunder "may be brought in any United States district court, without regard to the amount in controversy[.]" 15 U.S.C. § 1681p. Therefore, this is an action arising under the laws

of the United States, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331.

## III. CONCLUSION

**IT IS THEREFORE ORDERED** that Plaintiff's motion to remand, (Doc. No. 5), is **DENIED**.

Signed: August 5, 2020

Robert J. Conrad, Jr.
United States District Judge