UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-529-RJC-DCK

| | | |
|---|---|---|
| WELLESLEY K. CLAYTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| EQUIFAX CREDIT INFORMATION | ) | |
| SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER comes before the Court on *pro se* Plaintiff's Motion for a Date

for a Jury Trial. (Doc. No. 8.) On August 26, 2019, Plaintiff filed a Complaint in

state court alleging that Defendant was repeatedly spamming him with robocalls

and emails. (Doc. No. 1-1.) The case was removed to federal court and set before

Judge Mullen on October 11, 2019. (Doc. No. 1.) On November 4, 2019, Judge

Mullen issued an Order requiring Plaintiff to file an Amended Complaint that

complied with Federal Rule of Civil Procedure 8(a). (Doc. No. 4.) The case was then

reassigned to this Court on November 26, 2019.

On October 16, 2020, Plaintiff filed a Motion for a Date for a Jury Trial. (Doc.

No. 8.) Defendant replied that no trial date should be set and that the case should

be dismissed because Plaintiff had failed to comply with the November 4, 2019

Order. (Doc. No. 9.) Plaintiff replied that he had never received the Order in the

first place. (Doc. No. 10.)

This Court's internal records do not show that Plaintiff was ever mailed a

1

copy of the November 26, 2019 Order. The Court will therefore re-issue the Order

granting Defendant's Motion for More Definite Statement under Federal Rule of

Civil Procedure 12(e), and ordering Plaintiff to file an Amended Complaint that

complies with the requirements of Federal Rule of Civil Procedure 8(a) within two

weeks of the issuance of this Order. Because Plaintiff has not yet done so,

Plaintiff's Motion for a Date for a Jury Trial will be denied without prejudice.

**IT IS, THEREFORE, ORDERED** that

1. Within two weeks of this Order, Plaintiff shall file an Amended Complaint
   that complies with the requirements of Federal Rule of Civil Procedure 8(a).
2. Plaintiff's Motion for a Date for a Jury Trial, (Doc. No. 8), is **DENIED without
   prejudice**.

**SO ORDERED.**

Signed: February 16, 2021

Robert J. Conrad, Jr.
United States District Judge

2