Hand-Delivered

FILED
CHARLOTTE, NC

MAR 1 2021

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

WELLESLEY K, CLAYTON (PRO SE)

Plaintiff

V

EQUIFAX CREDIT INFORMATION SERVICES, LLC

Defendant

CIVIL CASE NO: 3:19-cv-529-RJC-DCK

JURY REQUESTED: Yes

NOTICE OF AMENDED COMPLAINT { (FED RULES 8(a)}

I the Plaintiff, complaining of the Defendant says and alleges that:

1. The Plaintiff is a Resident of Mecklenburg County, North Carolina.
2. The Defendant is a Citizen of Fulton County, Georgia
3. The Court has Jurisdiction over this matter.
   (a) This Case was filed in Small Claims Court, Mecklenburg County. Case No: 19CVM19801 Defendant refuse the Sheriff Summons, therefore case was withdrawn and filed in the District Court of Mecklenburg County. (Case No: 19CVD16918).
   (b) Defendant successfully petitions to remove the Case to Federal Court. (Case No: 3:19-cv-529-RJC-DCK)

STATEMENT OF CLAIM

The Defendant Equifax Credit Information Services LLC was negligent in allowing my data to be breached. The breached has resulted in permanent release of my permanent data, including my name, Social Security Number, birth date, address which puts me at risk of Identity theft at any time.

This hacking causes many people to file lawsuits and class action suits. Plaintiff received documents from attorneys offering monies for my exposure. This was not satisfactory to me. I did my own research and I found out that Bloomberg reported that three of Equifax senior executives sold more than 1.8 million in shares after Equifax learned internally of the data breach, but before the announcement was made to the public.

The breach which extended over nearly three months in 1917 was severe according to Chief Judge Thomas Thrash Jr., the hackers stole at least 146.8 million names , 146.6 million dates of births, 145.5 million Social Security Numbers 99 million addresses, 17.6 million driver's license numbers, 209,000 credit numbers, and 97,500 tax identification numbers. Judge concluded that Equifax owed the Plaintiffs a duty of care to safeguard their personal information in its custody but failed to implement reasonable security measures. ( See Case Law: CSM-17 -856252, 3:15-cv-143, 3:19-cv-00529)

WHEREFORE, the plaintiff is seeking the maximum amount allowed. Damages under 15 USC 1681 Section 616 for willful non- compliance with the requirements of the fair Credit Reporting act and Ongoing emotional distress, anxiety concerns and harassment.

VERIFICATION

Wesley K Clayton says that he/she is the Plaintiff in this matter that he /she has read and understood this COMPLAINT and knows the contents to be true of his/her own personal knowledge, except for those matters and things set forth upon information and belief, and as to those matters and things, he/she believe them to be true.

W. K. Clayton

Plaintiff

Sworn to and subscribed before me this 1 day of March 2021

[signature]

NOTARY PUBLIC

My commission expires October 28, 2025

**LELEITH COSTIC**
Notary Public
Mecklenburg Co., North Carolina
My Commission Expires Oct. 28, 2025

CERTIFICATE OF SERVICE

I Certify that I have this day served the foregoing to EQUIFAX INFORMATION SERVICES, LLC by mailing a copy of the same , certified postage prepaid addressed as follows:

Attorney Chelsea Cory
300 South Tryon Street
Charlotte, NC 28202
Telephone: 704-503-2575