Hand-Delivered

FILED
CHARLOTTE, NC

JAN 28 2022

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED DISTRICT COURT
FOR THE WESTERNDIISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| Wellesley K. Clayton (PRO SE) | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | } | |
| | ) | CIVIL CASE NO: 3-19-cv-OO529-RJC-DCK |
| V | ) | |
| | ) | JURY REQUESTED: YES |
| Equifax Credit Information | ) | |
| Information Services, LLC | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## INTRODUCTION

I the Plaintiff complaining of the Defendant says and alleges that:

1. The Plaintiff is a Resident of _Mecklenburg_ County, North Carolina.

2. The Defendant is a Corporate Citizen of _Fulton_ County, Georgia.

3. The Court has Jurisdiction over this matter.

## OBJECTIONS

IN RESPONSE TO THE UNITED STATES MAGISTRATE JUDGE THE HONORABLE DAVID C. KEESLER REQUEST FOR OBJECTIONS:

(A) District Judge the Honorable David C. Kessler determined that Plaintiff's Case be dismissed. However, Plaintiff concludes that certain considerations were ignored.

1. The fact that Plaintiff's credit information was breached, hackers stole that information, therefore plaintiff is enti tled to compensation.

2. Defendants have already admitted to the breach and have set aside over seven hundred million dollars to compensate victims of the breach. There were many law suits by State Attorney Generals paying millions of Dollars to those States including the State of North Carolina. The State Attorney General of North Carolina issued this statement that those in North Carolina that were affected can apply for up to $ 20,000.00 in cash payments. See the attachment in the court filed on April 4, 2021.

3. The Defendant case centered around an "opt out clause". There were two breaches regarding Plaintiff's records. In one Class Action lawsuit filed in the State of Virginia specifically state that Plaintiff cannot opt out because the lawsuit is an "INJUNCTIVE RELIEF SETTLEMENT" under Fed. R.Civ.P.23 (b) (2). It states that Plaintiff has the right to sue the Defendant without opting out.

4. In a Court in San Francisco, California, fifteen law suits were filed by Plaintiffs regarding the Breach. Defendant did not raise the Question of"OPT OUT" only asks the Court to to bungle all the Cases. However the Judge tried all the cases separately. Plaintiff attached one of the cases as exhibit in the filings in this case. Defendant settled all of the cases.

5. In Atlanta, Georgia in Case Law CSN-17-856252,3:15-cv-143,3:19-cv-00529 Chief Judge Thomas Trash Jr. relentlessly state that Defendant owed the Plaintiffs a duty of care to safeguard their personal information in its custody but failed to implement reasonable security measures.

6. During the deliberation of this case Defendant made two successive offers to Plaintiff in order to settle this case however, Plaintiff refused the settlements and therefore, ask the

Court for a Jury trial which has not been granted by the court. Plaintiff believes that in a Court of law when settlement cannot be reached, a deliberation by a Jury is the best option for the Court to consider.

CONCLUSION

Twice the Defendant breached Plaintiff's personal records and under the Fair Credit reporting Act 15 USC 1681 Section 616 damages are required. Defendant agreed to settlements in different courts. Funds from the Defendant are available and there are various options within the law to compensate Plaintiff. The Court in delaying Justice is a burden on the Court. A jury trial to settle the matter is appropriate.

Plaintiff has stated its Case in 1 to 7 above and hope the court consider them. WHEREFORE, Plaintiff is objecting to the dismissal and ask the court again to send the Case to the Jury for deliberation. Plaintiff is still suffering daily from ROBO calls, Emails on a daily basis from Equifax which is harassment, and an order is needed from the Court would stop this madness.

Respectfully Submitted

Wellesley K. Clayton
338 S Sharon Amity Rd.
Charlotte, NC28211

Copy sent to Attorney Chelsea Cory
300 S. S.Tryon St.
Charlotte, NC. 28202
Tel:704-503-2575