# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Wellesley K. Clayton, <br><br> Plaintiff(s), <br><br> vs. <br><br> Equifax Credit Information Services, LLC, <br><br> Defendant(s). | JUDGMENT IN CASE <br><br> 3:19-cv-00529-RJC-DCK |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 7, 2022 Order.

March 7, 2022

Frank G. Johns, Clerk
United States District Court